## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22763-CV-MIDDLEBROOKS
(CASE NO. 07-20155-CR-MIDDLEBROOKS)

PAULINO GRANDA,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report, issued on September 3, 2021. (DE 28). The Report recommends denying Movant Paulino Granda's Motion to Vacate, pursuant to 28 U.S.C. §2255. Movant timely filed objections (DE 29), and the government responded (DE 30).

I have conducted a de novo review of Judge Reid's Report, the record in this case, and I have considered the applicable law. I have also considered Movant's objections, and I find that they lack merit. Accordingly, I agree with Judge Reid's recommendations and adopt her Report. Further, I find that Movant cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 28) is **ADOPTED**.

(2) Movant's Objections (DE 29) are **OVERRULED.**

(3) Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 24) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in West Palm Beach, Florida, this 29th day of September, 2021.

Donald M. Middlebrooks
United States District Judge

cc:
Honorable Lisette M. Reid
Joaquin E. Padilla, AFPD
Michael E. Gilfarb, AUSA